IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN EDWARD YOUNG, ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Civil Action No. 05-1332 |
| ) | Judge Donetta W. Ambrose/ |
| GERALD ROZUM; PA STATE ) | Magistrate Judge Amy Reynolds Hay |
| ATTORNEY GENERAL ) | |
| Respondents ) | |

**ORDER**

AND NOW, this 14th day of Dec, 2006, after the Petitioner, Allen Edward Young, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and objections having been filed by Petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is denied as untimely;

IT IS FURTHER ORDERED that a Certificate of Appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Allen Edward Young
AJ-3401
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510

Nancy D. Vernon
Assistant District Attorney
Office of the District Attorney
61 East Main Street
Fayette County Courthouse
Uniontown, PA 15401